**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| <u>     DOE et al          </u><br>                    **Plaintiff**<br><br>          **V.**<br><br><u>     CULTURAL CARE, INC. et al     </u><br>                    **Defendant** | **CIVIL ACTION**<br><br>**NO.**  <u>  10-cv-11426-DJC  </u> |

**<u>JUDGMENT</u>**

<u>     CASPER,   J.     </u>

In accordance with the Court's Memorandum and Order dated  <u>  10/7/2011  </u>  granting <u>   defendants'    </u> motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the <u>     defendants     </u> .

By the Court,

<u>    10/7/2011    </u>                                                        <u>   /s/ Jennifer Gaudet   </u>
       **Date**                                                                          **Deputy Clerk**

(Judgment for SJ.wpd - 12/98)